No. 02–6396.  JOST v. COCKRELL, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A.
5th Cir.  Certiorari denied.

No. 02–6397.  BARNHILL v. ILLINOIS.  App. Ct. Ill., 5th Dist.
Certiorari denied.

No. 02–6398.  BASNIGHT v. KEANE, SUPERINTENDENT, WOOD-
BOURNE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari
denied.

No. 02–6403.  PROSSER v. STUBBLEFIELD, SUPERINTENDENT,
MISSOURI EASTERN CORRECTIONAL CENTER.  C. A. 8th Cir.
Certiorari denied.

No. 02–6405.  SMITH v. CALIFORNIA.  Ct. App. Cal., 2d App.
Dist.  Certiorari denied.

No. 02–6411.  BURLESON v. WARD, DIRECTOR, OKLAHOMA DE-
PARTMENT OF CORRECTIONS.  C. A. 10th Cir.  Certiorari denied.

No. 02–6412.  WARD v. HAWAII DEPARTMENT OF HUMAN SERV-
ICES.  C. A. 9th Cir.  Certiorari denied.

No. 02–6418.  MANS v. YOUNG, WARDEN.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 02–6420.  NATURALITE v. PEPPLER.  C. A. 6th Cir.  Cer-
tiorari denied.

No. 02–6421.  SWAIN v. MOORE, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 02–6423.  STRONG v. HOOKS, WARDEN, ET AL.  C. A. 11th
Cir.  Certiorari denied.

No. 02–6433.  RIMMER v. FLORIDA.  Sup. Ct. Fla.  Certiorari
denied.

No. 02–6454.  JAMES v. CALIFORNIA.  Ct. App. Cal., 1st App.
Dist.  Certiorari denied.

No. 02–6458.  CHAPMAN v. UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA.  C. A. 3d Cir.
Certiorari denied.